*E-Filed 6/4/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN THORESON, | No. C 13-1943 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DR. ZAHED AHMED, et al., | |
| Defendants.             / | |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Plaintiff's IFP application is incomplete because he has not filed a Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a Certificate of Funds signed by an authorized prison officer; **or** (2) full payment of the filing fee of $350.00. Plaintiff's IFP application (Docket No. 8) is DENIED as insufficient. The Clerk shall terminate Docket No. 8, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: June 4, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-1943 RS (PR)
ORDER OF DISMISSAL